# United States District Court

_____WESTERN_____ DISTRICT OF _____TENNESSEE_____

UNITED STATES OF AMERICA

V.

_____MICHAEL GROSS._____

**CRIMINAL COMPLAINT**

CASE NUMBER: 06 - MJ - 271

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 8, 2006 in Shelby county, in the Western District of Tennessee defendant(s) did, (Track Statutory Language of Offense)

1. being aided and abetted by and aiding and abetting others, by force, violence, and intimidation, take from the person and presence of another money belonging to and in the care, custody, control, management, and possession of First South Credit Union, 3731 Austin Peay Hwy., Memphis, Tennessee, the deposits of which were then insured by the National Credit Union Share Insurance Fund, and in committing such offense, assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm
2. knowingly and intentionally use and carry a firearm during and in relation to this robbery and in furtherance of such crime did possess a firearm,

in violation of Title 18 United States Code, Section(s) 2, 924(c) and 2113(a) and (d). I further state that I am a(n) Federal Bureau of Investigation Safe Streets Task Force Officer James Mack and that this complaint is based on the following facts:

**SEE AFFIDAVIT**

Continued on the attached sheet and made a part hereof.  ✓ Yes __ No

_____
Signature of Complainant

Sworn to before me, and subscribed in my presence

July 19, 2006                                               at       Memphis, Tennessee
**Date**                                                          **City and State**

                                                           s/Diane K. Vescovo
Honorable Diane K. Vescovo
**Name and Title of Judicial Officer**                            **Signature of Judicial Officer**

AFFIDAVIT

I, James Mack, declare as follows:

I have been employed as an officer with the Memphis Police Department since 1986. I am currently a detective. I have also been designated as a Task Force Officer ("TFO") with the Federal Bureau of Investigation Safe Streets Task Force since 2003.

I have been involved in numerous bank robbery investigations. Based upon my personal participation in this investigation, and information provided to me by other law enforcement officers, I am familiar with the facts and circumstances referred to in this affidavit. On the basis of that familiarity, I have determined the following:[1]

On July 8, 2006, at approximately 9:19 a.m., two individuals entered First South Credit Union, at 3731 Austin Peay Hwy., Memphis, Tennessee, and committed a robbery. I have reviewed reports on descriptions of the robbery by witnesses to the robbery. Both robbers displayed firearms to control, threaten and intimidate bank personnel and customers. These individuals removed money from the bank and used a getaway car to escape.

The deposits of First South Credit Union were then insured by the National Credit Union Share Insurance Fund, which is an arm of the National Credit Union Administration.

On July 18, 2006, myself and other members of the Safe Streets Task Force interviewed an individual (a juvenile) who identified Michael Gross as a participant in the robbery. On that day, the juvenile showed us where Gross stayed at 1420 Briercrest and we observed Gross nearby. A vehicle registered to Gross matches a description of the getaway vehicle provided by victims of the robbery.

On July 19, 2006, myself and other members of the Safe Streets Task Force went to 1420 Briercrest, Apartment 5, Memphis, Tennessee and detained Michael Gross and another juvenile. Pursuant to a consent, we searched the apartment, and we found some of the stolen money, a dye pack (a device planted in the money by the bank) and a .38 caliber pistol.

I interviewed Gross after he was taken into custody. Gross was advised of his Miranda rights and he signed a written statement describing his role in the robbery. He stated that two other individuals participated in the robbery, and one other individual entered the bank with Gross. Gross stated that he was armed with a ".38", referring to a .38 caliber pistol. He admitted

---

[1] This affidavit is a summary of pertinent information and does not contain every fact concerning this investigation known to me.

that he owed the getaway car. He admitted that he "put the gun on security" [pointed a gun at the security officer] during the robbery.

_____
Det. James Mack
Task Force Officer
Federal Bureau of Investigation
Safe Streets Task Force

Sworn to and subscribed before me this 19th day of July 2006.

　　s/Diane K. Vescovo
_____
Honorable Diane K. Vescovo
U.S. Magistrate Judge