UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

UNITED STATES OF AMERICA

-vs-                                                              Case No.  06-mj-271-01

MICHAEL GROSS

_____

## FINDING OF PROBABLE CAUSE

On the evidence presented at the preliminary examination, I find that there is probable cause

to believe that the offenses charged in Title 21 U.S.C. § 846 have been committed and that the

defendant committed them.  It is therefore,

**ORDERED** that **MICHAEL GROSS** is held to answer in the Western District of Tennessee

where the prosecution is pending.

**DONE** and **ORDERED** in 167 North Main, Memphis,   Tennessee on 25th  day of July,

2006.


                                        _____s/ James H. Allen_____
                                                JAMES H. ALLEN
                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Counsel for Defendant
Michael Gross